UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STONERIDGE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ZF NORTH AMERICA, INC., ET AL., <br><br>Defendants. | 2:22-CV-10207-TGB <br><br><br>ORDER DISMISSING CASE <br><br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 17th day of February, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge